## Commonwealth ex rel. White, Appellant, *v.* Myers.

Submitted November 14, 1966. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*John T. White,* appellant, in propria persona.

*Alan J. Davis,* Assistant District Attorney, and *Arlen Specter,* District Attorney, for appellee.

OPINION PER CURIAM, January 4, 1967:

Petitioner's claim is foreclosed by *Johnson v. New Jersey,* 384 U.S. 719, 86 S. Ct. 1772 (1966). Order affirmed.

Mr. Justice COHEN took no part in the consideration or decision of this case.